IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NORMAN D. REYNOLDS,

      Appellant,

v.

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3231

Opinion filed October 20, 2015.

An appeal from an order of the Circuit Court for Hamilton County.
Andrew J. Decker, III, Judge.

Norman D. Reynolds, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee (no appearance).

PER CURIAM.

DISMISSED.  This disposition is without prejudice to petitioner's right to seek relief in the circuit court by filing a motion for relief from judgment pursuant to Florida Rule of Civil Procedure 1.540(b). See Daily v. Soloway, 125 So. 3d 363 (Fla. 1st DCA 2013); Brown v. State, 708 So. 2d 1041 (Fla. 1st DCA 1998).

LEWIS, SWANSON, and WINOKUR, JJ., CONCUR.